UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

CA 05 480 S

v.

C.A. No. 05-

ST. PAUL FIRE & MARINE INS. CO.
Defendant

**COMPLAINT**

**JURISDICTION AND VENUE**

1. Plaintiffs Concrete Placement, Inc. and Cherokee Construction, Inc. invoke this Honorable Court's federal question jurisdiction to secure payments guaranteed by the Miller Act, 40 U.S.C. § 270a, et seq.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1367, 2201 and 2202 and 40 U.S.C. § 270b.

3. The actions complained of herein occurred in Rhode Island and venue is proper in this Court pursuant to 40 U.S.C. § 270b(b) and 28 U.S.C. § 1391(b)(2) and (c).

PARTIES

4. Plaintiff Concrete Placement, Inc. ("Plaintiff Concrete Placement"), a Rhode Island corporation engaged in the construction industry as a concrete pumping contractor, is a "person" within the meaning of 40 U.S.C. § 270d, that furnished labor and materials in the prosecution of the work for a federal construction contract, the so-called Child Development Center Project, awarded by the United States Navy for the construction of Naval facilities in Rhode Island ("Miller Act Construction Contract") to General Contractor Whiting-Turner Contracting Company ("the General Contractor").

5. Plaintiff Cherokee Construction, Inc. ("Plaintiff Cherokee"), a Rhode Island corporation engaged in the construction industry as a concrete contractor, is a "person" within the meaning of 40 U.S.C. § 270d, that furnished labor and materials in the prosecution of the work for two federal construction contracts, the so-called Combo Fire Station and Gates Project and the so-called Child Development Center Project, awarded by the United States Navy for the construction of Naval facilities in Rhode Island ("the Miller Act Construction Contracts") to General Contractor Whiting-Turner Contracting Company ("the General Contractor").

6. Defendant St. Paul Fire & Marine Ins. Co. then also doing business as, or doing business in conjunction with, Travelers Casualty and Surety Company of America, and also known as The St. Paul Travelers Companies, Inc. ("Defendant Bonding Company"), issued the requisite Miller Act Payment Bonds regarding the Miller Act Construction Contracts on which the Plaintiffs furnished labor and materials in the prosecution of the work required by the specified Miller Act Construction Contracts.

FACTUAL ALLEGATIONS

7. Plaintiff Concrete Placement remains unpaid in the amount of $4,400.00 for the labor and materials it furnished in the prosecution of the work required with respect to the Child Development Center Project.

8. Plaintiff Cherokee remains unpaid in the amount of $48,862.00 for the labor and materials it furnished in the prosecution of the work required with respect to the Child Development Center Project.

9. Plaintiff Cherokee remains unpaid in the amount of $33,284.20 for the labor and materials it furnished in the prosecution of the work required with respect to the Combo Fire Station and Gates Project.

10. Plaintiffs satisfied all conditions precedent prior to timely commencing this action.

**COUNT I**

11. Plaintiff Concrete Placement realleges herein each and every other allegation set forth in this complaint.

12. Plaintiff Concrete Placement stands entitled to payment from the Defendant Bonding Company in the unpaid amount of $4,400.00 for the labor and materials it furnished in the prosecution of the work required with respect to the Child Development Center Project.

WHEREFORE, Plaintiff Concrete Placement demands judgment against the Defendant Bonding Company in an amount not less than $4,400.00, plus interest, reasonable attorneys fees and the costs of this action.

**COUNT II**

13. Plaintiff Cherokee realleges herein each and every other allegation set forth in this complaint.

14. Plaintiff Cherokee stands entitled to payment from the Defendant Bonding Company in the unpaid amount of $48,862.00 for the labor and materials it furnished in the prosecution of the work required with respect to the Child Development Center Project.

WHEREFORE, Plaintiff Cherokee demands judgment against the Defendant Bonding Company in an amount not less than $48,862.00 with respect to the Child Development Center Project, plus interest, reasonable attorneys fees and the costs of this action.

## COUNT III

15. Plaintiff Cherokee realleges herein each and every other allegation set forth in this complaint.

16. Plaintiff Cherokee stands entitled to payment from the Defendant Bonding Company in the unpaid amount of $33,284.20 for the labor and materials it furnished in the prosecution of the work required with respect to the Combo Fire Station and Gates Project

WHEREFORE, Plaintiff Cherokee demands judgment against the Defendant Bonding Company in an amount not less than $33,284.20 with respect to the Combo Fire Station and Gates Project, plus interest, reasonable attorneys fees and the costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays that this Honorable Court grant the following relief:

1. A judgment on Count I against the Defendant Bonding Company requiring payment to Plaintiff Concrete Placement in an amount not less than $4,400.00, plus interest, reasonable attorneys fees and the costs of this action.

2. A judgment on Count II against the Defendant Bonding Company requiring payment to Plaintiff Cherokee in an amount not less than $48,862.00, plus interest, reasonable attorneys fees and the costs of this action.

3. A judgment on Count III against the Defendant Bonding Company requiring payment to Plaintiff Cherokee in an amount not less than $33,284.20, plus interest, reasonable attorneys fees and the costs of this action.

4. An appropriate award of pre-judgment interest on all sums recovered.

5. An appropriate award to Plaintiffs of their reasonable attorneys fees incurred with respect to this action.

6. An appropriate award to Plaintiffs of their taxable costs incurred in this action.

7. Such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

PLAINTIFFS CONCRETE PLACEMENT, INC.
and CHEROKEE CONSTRUCTION, INC.

By their Attorneys,

CHARLES S. KIRWAN & ASSOCIATES

Charles S. Kirwan (Bar #4050)
204 King Philip Street
Providence, RI 02909
(401) 272-6800
(401) 272-6875 (fax)

TRIAL BY JURY IS HEREBY DEMANDED FOR ALL ISSUES SO TRIABLE.

Charles S. Kirwan