UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiff

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

**AFFIDAVIT OF SERVICE**

I, Charles S. Kirwan, hereby declare under penalty of perjury under the laws of the United States of America, that pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, I did cause a copy of the Summons and Complaint to be served on Defendant St. Paul Fire & Marine Ins. Co. and Travelers Casualty and Surety Company of America, by certified mail, return receipt requested. Attached hereto and made a part hereof is the United States Postal Service certified receipt card delivered on or about March 7, 2006 confirming delivery to the Defendant of the copy of the Summons and Complaint in this action.

________________________

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the forgoing is true and correct. Executed this 10th day of March, 2006.

________________________

# CHARLES S. KIRWAN & ASSOCIATES

ATTORNEYS AT LAW
204 KING PHILIP STREET
PROVIDENCE, RHODE ISLAND 02909

CHARLES S. KIRWAN

Tel (401) 272-6800
Fax (401) 272-6875
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC


March 3, 2006

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

St Paul Fire & Marine Ins. Co.
Travelers Casualty & Surety Co. of America
Bond Claim Unit
1 Tower Square 4 P B
Hartford, CT 06105

Re: United States of America for the Use and Benefit of Concrete Placement, Inc. and Cherokee Construction, Inc. v. St. Paul Fire & Marine Ins. Co., C.A. No: 05-480S

Dear Bond Claim Unit:

Enclosed please find a Summons and Complaint commencing the above-captioned action in the United States District Court for Rhode Island. As the summons indicates, St Paul Fire & Marine Ins. Co. has twenty (20) days following receipt of the enclosed summons and complaint in which to file an answer or other responsive pleadings with the Clerk of the Court, United States District Court of Rhode Island, One Exchange Terrace, Providence, RI 02903.

Very truly yours,

Charles S. Kirwan
Counsel for Plaintiffs

Enclosures (Summons & Complaint)

CERTIFIED MAIL RECEIPT NO. 7002 2410 0007 1670 3121

7002 2410 0007 1670 3121

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.

V.

ST. PAUL FIRE & MARINE INS. CO.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 480 S

TO: (Name and address of defendant)

St Paul Fire & Marine Ins. Co.
Travelers Casualty & Surety Co. of America
Bond Claim Unit
1 Tower Square 4 P B
Hartford, CT 06105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles S. Kirwan
204 King Philip Street
Providence, RI 02909

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11-18-05

(BY) DEPUTY CLERK

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. [X] Addressee's Address
2. [X] Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
ST PAUL FIRE + MARINE INS. CO.
TRAVELERS CASUALTY + SURETY Co of America
BOND CLAIM UNIT
1 TOWER SQUARE 4PB
HARTFORD CT 06183

4a. Article Number
7002 2410 0007 1670 3121

4b. Service Type
- [ ] Registered
- [ ] Insured
- [X] Certified
- [ ] COD
- [ ] Express Mail
- [ ] Return Receipt for Merchandise

7. Date of Delivery
MAR 0 7 2006

5. Signature (Addressee) 06183

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1991 ★U.S. GPO: 1993—352-714 **DOMESTIC RETURN RECEIPT**

Thank you for using Return Receipt Service.

**UNITED STATES POSTAL SERVICE**

**Official Business**

PENALTY FOR PRIVATE USE TO AVOID PAYMENT OF POSTAGE, $300

U.S. MAIL

Print your name, address and ZIP Code here

CHARLES S. KIRWAN, ESQ
CHARLES S. KIRWAN + ASSOCIATES
204 KING PHILIP STREET
PROVIDENCE RI 02909

7002 2410 0007 1670 3121

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

HARTFORD, CT 06105

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0102 |
| Certified Fee | 2.40 | |
| Return Reciept Fee (Endorsement Required) | 1.85 | Postmark Here<br>Clerk: KSTWNG |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.88 | 03/03/06 |

Sent To ST PAUL TRAVELLERS BOND CLAIM UNIT
Street, Apt. No.; or PO Box No. ONE TOWER SQ 4PB
City, State, ZIP+4 HARTFORD CT 06105

PS Form 3800, June 2002 See Reverse for Instructions