RECEIVED
APR 12 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE CO.,<br>Defendant | : | |

**STIPULATION**

It is hereby agreed by and between the parties that Defendant St. Paul Fire & Marine Insurance Co. may have up to and including April 24, 2006 within which to answer or otherwise responsively plead to the Plaintiff's complaint.

UNITED STATES OF AMERICA
for the use and benefit of
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
By their Attorneys,

Charles S. Kirwan (#4050)
204 King Philip Street
Providence, RI 02903
(401) 331-3800
Fax: (401) 421-9302

ST. PAUL FIRE & MARINE INS. CO.
By its Attorneys,

Christopher C. Whitney (#3261)
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555

Dated: March 31, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/12/06

F:\CCW\Whiting Turner\Stipulation to file answer 032906.doc