UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 20 200[illegible]
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

STIPULATION

By and through their undersigned, duly authorized counsel of record, it is hereby stipulated and agreed that the time for the filing of the pleadings of Cherokee Construction responsive to Defendant's Counterclaim and the filing of Plaintiffs' objection to Defendant's Motion to Dismiss Counts I and III shall be extended to June 28, 2006.

DEFENDANT ST. PAUL FIRE
& MARINE INS. CO.

Christopher C. Whitney (#3261)
LITTLE, MEDEIROS, KINDER,
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
272-8080
521-3555 (fax)

PLAINTIFFS CONCRETE PLACEMENT,
INC. and CHEROKEE CONSTRUCTION,
INC.

Charles S. Kirwan (#4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909
722-2500
722-9310 (fax)

CERTIFICATION

I hereby certify that on this 10th day of June 2006, I caused a true and complete copy of the foregoing to be mailed first class, postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.

ENTER WmM
WILLIAM E. SMITH,
U.S. DISTRICT JUDGE

DATE 6/22/06