UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING THE RULE 12(b)(6) OBJECTION AND COUNTERCLAIM ANSWER

Plaintiffs, by and through their undersigned counsel, pursuant to Rules 1 and 6(b)(1) of the Federal Rules of Civil Procedure, and Civil Rule 7 of the Local Rules of this Honorable Court, hereby respectfully request that this Honorable Court allow a brief two (2) day time extension for the filing of the Plaintiffs' objection to Defendant's Motion to Dismiss two counts of the complaint and for the filing of Plaintiff Cherokee's answer to the counterclaim. The parties initially stipulated to June 28, 2006 filing deadline.

Plaintiffs' undersigned counsel respectfully requests that the stipulated filing deadline be extended by two (2) days to June 30, 2006. The Defendant has agreed to interpose no objection to this brief extension request.

Plaintiffs' undersigned counsel encountered unanticipated scheduling difficulties due to an unrelated emergency matter, and, as a result, was unable to schedule a timely client meeting necessary to finalize the requisite objection. Rule 1 of the Federal Rules of Civil Procedure mandates that the Rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action." The very limited delay associated with the requested extension prejudices no cognizable interest. The interests of justice warrant allowance

of the two (2) day extension to assure that the Plaintiffs' objection fully and squarely addresses the Defendant's motion to dismiss.

Wherefore, Plaintiffs respectfully request that this Honorable Court grant the requested filing extension to June 30, 2006.

Respectfully submitted,

PLAINTIFFS CONCRETE PLACEMENT, INC.
and CHEROKEE CONSTRUCTION, INC.

By their Attorneys,

CHARLES S. KIRWAN & ASSOCIATES

Charles S. Kirwan (Bar #4050)
204 King Philip Street
Providence, RI 02909
(401) 272-6800
(401) 272-6875 (fax)

CERTIFICATION

I hereby certify that on this 28th day of June 2006, I caused a true and complete copy of the foregoing to be transmitted via telecopier and mailed first class postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.