UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE CO.<br><br>　　　　Defendant. | C.A. No. 05-480S |

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on July 10, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss Counts I and III of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 9/28/06