UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., et al., Plaintiffs, v. ST. PAUL FIRE AND MARINE INSURANCE CO. Defendant. | C.A. No. 05-480S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on July 10, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss Counts I and III of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 9/28/06