UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE CO.,<br>Defendant | : | |

**ENTRY OF APPEARANCE**

NOW COMES Scott K. Pomeroy, Esquire of the law firm of Little Medeiros Kinder Bulman & Whitney, P.C., and hereby enters his appearance as an Attorney of record for the Defendant St. Paul Fire & Marine Insurance, Co.

Defendant,
ST. PAUL FIRE & MARINE
INSURANCE CO.

By their attorneys,

/s/ Scott K. Pomeroy
Christopher C. Whitney (#3261)
Scott K. Pomeroy (#6044)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555
cwhitney@lmkbw.com,
spomeroy@lmkbw.com

**CERTIFICATION**

I, Scott K. Pomeroy, hereby certify that on the 11th day of August, 2006, I caused a copy of this to be electronically filed with the Court and faxed to the attention of Charles S. Kirwan, Esq.

/s/ Scott K. Pomeroy

f:\mdw\st. paul\whiting - turner\cherokee action\entry of appearance for skp.doc