UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America for The use and benefit of Concrete Placement, Inc. and Cherokee Construction, Inc., Plaintiff, | ) | |
| v. | ) | CA No. 05-480 S |
| St. Paul Fire & Marine Insurance Co., Defendant. | ) | |

**INTERIM PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Initial Disclosures. Initial disclosures shall be completed by **September 15, 2006.**

2. Limited Fact Discovery Closure. Limited factual discovery will be completed by **November 15, 2006.**

3. A status and summary judgment conference will be schedule at the close of fact discovery.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
United States District Judge
Date: 8/15/06