UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.
Plaintiff

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INSURANCE CO.,
Defendant

**STIPULATION**

It is hereby agreed by and between the parties that Defendant St. Paul Fire & Marine Insurance Co. ("St. Paul") may file an Amended Answer, in light of this Court's ruling on St. Paul's Motion to Dismiss and St. Paul's reference to its Motion to Dismiss in paragraphs 11, 12, 15, and 16 of its original Answer.

UNITED STATES OF AMERICA
for the use and benefit of
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
By their Attorneys,

/s/ Charles C. Kirwan
Charles S. Kirwan (#4050)
204 King Philip Street
Providence, RI 02903
(401) 272-6800
Fax: (401) 272-6875

ST. PAUL FIRE & MARINE INS. CO.
By its Attorneys,

/s/ Scott K. Pomeroy
Christopher C. Whitney (#3261)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555

E

Dated: August 15, 2006

f:\mdw\st. paul\whiting - turner\cherokee action\stipulation to extend time for defendant to file memorandum in response to objection.doc

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/22/06