UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

STIPULATION

By and through their undersigned, duly authorized counsel of record, it is hereby stipulated and agreed that the time for completing limited factual discovery shall be extended from November 15, 2006 to January 17, 2007.

DEFENDANT ST. PAUL FIRE
& MARINE INS. CO.

Christopher C. Whitney (#3261)
Scott K. Pomeroy (#6044)
LITTLE, MEDEIROS, KINDER,
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
272-8080
521-3555 (fax)

PLAINTIFFS CONCRETE PLACEMENT,
INC. and CHEROKEE CONSTRUCTION,
INC.

Charles S. Kirwan (#4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909
359-1166
272-6875 (fax)

CERTIFICATION

I hereby certify that on this 25th day of November 2006, I caused a true and complete copy of the foregoing to be mailed first class, postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.