UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.<br>Plaintiff<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE CO.,<br>Defendant | : | C.A. No. 05-480S |

**NOTICE OF LIMITED RULE 30(b)(6) DEPOSITION OF CHEROKEE CONSTRUCTION, INC.**

To: Charles S. Kirwan, Esq.
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909-5751

Allied Court Reporting
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on **Thursday, January 11, 2007 at 12:00 p.m.**, at the office of Little Medeiros Kinder Bulman & Whitney, P.C., 72 Pine St., Providence, Rhode Island, St. Paul Fire & Marine Insurance Company ("St. Paul"), by its attorneys, will take the deposition of **Cherokee Construction, Inc.** ("Cherokee Construction"), by one or more of its officers, directors, managing agents or other individuals, required to be designated pursuant to pursuant to Federal R. Civ. P. 30(b)(6), before a notary public or some other officer authorized by law to administer oaths. Pursuant to the Court's direction, this deposition will be limited in scope to the topic of Cherokee's satisfaction of the notice requirements imposed under 40 U.S.C. §§ 313-3134 (the "Miller Act"). **St. Paul hereby reserves its right to resume Cherokee's Rule 30(b)(6) deposition, for topics other than Miller Act notice requirement satisfaction, at a future date.** The oral examination will continue from day to day and agent to agent until completed.

You are invited to attend and cross-examine.

Respectfully submitted,
St. Paul Fire & Marine
Insurance Co.,
By its Attorneys,

/s/Scott K. Pomeroy

Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Scott K. Pomeroy (#6044)
spomeroy@lmkbw.com
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080
F: (401) 521-3555

Dated: December 18, 2006

CERTIFICATE OF SERVICE

I hereby certify that service of the within pleading was made electronically upon all parties in interest this 18th day of December, 2006.

Charles S. Kirwan, Esquire
kirwanlaw@gis.net

/s/ Scott K. Pomeroy

F:\MDW\St. Paul\Whiting - Turner\Cherokee action\Limited Depo. Notice for Cherokee's deposition.DOC