UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America<br>Plaintiff | : | |
| vs | : | C.A. No. 05-480 S |
| St. Paul Fire and Marine Insurance Company<br>Defendant | : | |

ORDER

Following a telephone conference in Chambers on February 5, 2007, and after hearing and consideration, it is hereby Ordered:

Discovery will be closed within ninety days (May 7, 2007) as to Count II. The Defendant shall file its Motion for Summary Judgment as to Counts I and III. Once the Defendant's Motion for Summary Judgment is filed with the Court, a settlement conference will be scheduled before the Magistrate Judge. If the case doesn't settle, Defendant's Motion for Summary Judgment as to Counts I and III will be referred to the Magistrate Judge for a Report and Recommendation. In the event summary judgment is not granted, the Court will set a discovery schedule on Counts I and III as needed.

By Order:

[signature]
Deputy Clerk

Enter:

/s/ William E. Smith
William E. Smith
US District Judge
Date: February 8, 2007