UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.

COUNT I DISMISSAL STIPULATION

By and through their undersigned, duly authorized counsel of record, it is hereby stipulated and agreed that Count I, the Miller Act bond claim asserted by Concrete Placement, Inc., is hereby dismissed with prejudice. This stipulation pertains solely to the alleged right of Concrete Placement, Inc. to make claim against the Miller Act payment bond and does not otherwise determine, limit or affect interested parties' respective rights and obligations, if any, regarding the claim for $4,400.00 for unpaid labor and materials allegedly furnished by Concrete Placement, Inc. in the prosecution of the work required with respect to the Child Development Center construction project. Defendant disputes and denies the claim asserted by Concrete Placement, Inc., and further asserts that any amount allegedly due to Concrete Placement, Inc. would be the sole and exclusive liability of Plaintiff-Counterclaim Defendant Cherokee Construction, Inc.

Defendant St. Paul Fire
& Marine Ins. Co.

**/s/ Christopher C. Whitney**
Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Scott K. Pomeroy (#6044)
spomeroy@lmkbw.com
LITTLE, MEDEIROS, KINDER,
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
272-8080
521-3555 (fax)

Plaintiffs Concrete Placement, Inc.
and Cherokee Construction, Inc.

**/s/ Charles S. Kirwan**
Charles S. Kirwan (#4050)
kirwanlaw@gis.net
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909
359-1156
722-9310 (fax)

CERTIFICATION

I hereby certify that on this 7th day of May 2007, I caused a true and complete copy of the foregoing to be mailed first class, postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., Scott K. Pomeroy, Esq. and Michael D. Williams, LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.

**/s/ Charles S. Kirwan**