UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br>Defendant | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND**

Defendant St. Paul Fire & Marine Insurance Company ("St. Paul") does not object to Plaintiff Cherokee Construction Co., Inc.'s ("Cherokee") Motion to extend the discovery deadline pertaining to Count II of its Complaint by 45 days. However, St. Paul hereby responds to the several extraneous statements made by Cherokee in its Motion to Extend, as follows:

(1) St. Paul strongly denies Cherokee's accusation that St. Paul has "rejected the fair and reasonable opportunities for settlement" regarding Cherokee's Count II claims. Rather, St. Paul attempted to negotiate a resolution to the Count II claims, but faced an unreasonable and inflexible settlement position from Cherokee.

(2) It is St. Paul's understanding that Cherokee wishes to take the Rule 30(b)(6) deposition of its bonded contractor, The Whiting-Turner Contracting Company ("Whiting-Turner"), a non-party to this action, and <u>not</u> of St. Paul itself. Whiting-Turner no longer maintains a Rhode Island office, and is based primarily in Maryland and New Jersey.

(3) Cherokee has yet to serve any Notices of Deposition or Subpoenas for Deposition.

(3) St. Paul will address the issues surrounding the potential deposition of Whiting-Turner through ongoing conservations with counsel for Cherokee, and then, if necessary,

through submissions to this Court. The statements made by Cherokee in its Motion to Extend about issues that *may* arise regarding potential future depositions are wholly extraneous, irrelevant to the Motion in front of the Court, and premature. St. Paul rejects any statement or averment made by Cherokee in its Motion to Extend regarding the topic of depositions.

Respectfully submitted,

St. Paul Fire & Marine
Insurance Co.,
By its Attorneys,

/s/ Scott K. Pomeroy
Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Scott K. Pomeroy (#6044)
spomeroy@lmkbw.com
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080
F: (401) 521-3555

**CERTIFICATION**

I hereby certify that on this 10th day of May, 2007, I caused a true and complete copy of the foregoing to be emailed to counsel of record in this action: Charles S. Kirwan (kirwanlaw@gis.net), Charles S. Kirwan & Associates, 204 King Phillip Street, Providence RI 02909.

/s/ Scott K. Pomeroy

f:\mdw\st. paul\whiting - turner\cherokee action\response to motion to extend.doc