UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br>Defendant | : | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: please enter my appearance as counsel in this case for Defendant St. Paul Fire & Marine Insurance Company. I certify that I am admitted to practice in this Court.

/s/ Michael D. Williams
Michael D. Williams (#6702)
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Ph: (401) 272-8080
Fax: (401) 521-3555

Dated: May 11, 2007

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 11th day of May, 2007, I caused to be emailed a copy of this Notice to Charles S. Kirwan, 204 King Phillip Street, Providence, RI, 02909.

/s/ Michael D. Williams