UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br>Defendant | : | |

**NOTICE OF WITHDRAWAL**

To the Clerk of this Court and all parties of record: please withdraw my appearance as counsel in this case for Defendant St. Paul Fire & Marine Insurance Company. The law firm of Little Medeiros Kinder Bulman & Whitney, P.C. will remain as counsel to all defendants, with Christopher C. Whitney and Michael D. Williams providing active representation. Both remaining attorneys are closely familiar with the case and are prepared to address any pending matters in this case, without delay.

/s/ Scott K. Pomeroy

Scott K. Pomeroy (#6044)
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Ph: (401) 272-8080
Fax: (401) 521-3555

Dated: May 15, 2007

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 15th day of May, 2007, I caused to be emailed a copy of this Notice to the attention of Gerard Visconti, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\cherokee action\skp notice of withdrawal.doc