UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE CO.,<br>Defendant | : | |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(b) and U.S.C. § 3133(b)(2), St. Paul Fire & Marine Insurance Company ("St. Paul") hereby moves this Court to grant it summary judgment as to Count III of the Complaint, for the failure of Plaintiff Cherokee Construction, Inc. ("Cherokee") to satisfy the statutory condition precedent of 40 U.S.C. § 3133(b)(2) for the filing of a civil claim under 40 U.S.C. §§ 3131-3134 (the "Miller Act"), requiring a subcontractor, on a federally funded construction project, that is not in direct contractual privity with the bonded contractor to serve written notice of its intention to assert a claim on that bonded contractor within ninety (90) days from the date on which the subcontractor last performed work on the given project.

St. Paul acted as surety to The Whiting-Turner Contracting Company ("Whiting-Turner") on both federally funded construction projects referenced in the Complaint. Cherokee failed to satisfy the Miller Act written notice requirement for service on Whiting-Turner within the requisite time period for work performed on the United States Navy's "Consolidated Fire, Police, and Security Building, North Gate and Gate No. 2" project, for which Cherokee makes a claim for in Count III of the Complaint. There being no genuine issue of material fact suggesting

otherwise, summary judgment should be granted in favor of St. Paul on Count III of the Complaint.

In support of its Motion, St. Paul submits an accompanying Memorandum of Law for this Court's consideration.

Respectfully submitted,
St. Paul Fire & Marine
Insurance Company,
By its Attorneys,

/s/ Michael D. Williams
Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080

## CERTIFICATION

I, Michael D. Williams, hereby certify that on the 23rd day of May, 2007, I caused to be emailed a copy of this Motion to the attention of Charles S. Kirwan, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\cherokee action\motion for partial summary judgment (2).doc