UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC. | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | : | |
| Defendant | : | |

**STATEMENT OF UNDISPUTED FACTS**

Defendant St. Paul Fire & Marine Insurance Company ("St. Paul") respectfully submits this Statement of Undisputed Facts, in support of its Fed. R. Civ. P. 56(b) Motion for Partial Summary Judgment.

1. St. Paul, as surety, issued to Whiting-Turner, as principal, payment and performance bonds for the United States Navy's "Consolidated Fire, Police, and Security Building, North Gate and Gate No. 2" project, located in Newport, Rhode Island (the "Combo Fire Project"), pursuant to 40 U.S.C § 3131(b). See Affidavit of Christopher Martinson at ¶ 4, **Exhibit A**.

2. Whiting-Turner acted as the Construction Manager on the Combo Fire Project. See id. at ¶ 3.

3. Cherokee had a direct contractual relationship with one of Whiting-Turner's subcontractors, Capital City Concrete, Inc. ("Cap City"), on the Combo Fire Project. See id. at ¶¶ 5 and 7.

4. Whiting-Turner and Cherokee did not enter into any contracts, whether written or oral, express or implied, for the Combo Fire Project. See id. at ¶ 6.

5. Cherokee did not provide any materials or labor directly to Whiting-Turner on the

Combo Fire Project at any time. See id. at ¶ 6.

6. Cherokee's final day of work on the Combo Fire Project was November 19, 2004. See Letter from Charles Kirwan dated January 17, 2007, **Exhibit B**.

7. Cherokee did not provide written notice to St. Paul or Whiting-Turner of its intent to assert a Miller Act claim against St. Paul or Whiting-Turner on or before February 17, 2005. See Defendant's Rule 34 Request for the Production of Documents, at p. 4 (Request No. 3), **Exhibit C;** January 9, 2007 email from Charles S. Kirwan to Michael D. Williams in response to Request No. 3 of Defendant's Rule 34 Request for the Production of Documents, with referenced documents attached, **Exhibit D;** and March 2, 2005 Fax Transmittal from Joe Ricci to Andrew Natale, **Exhibit E**.

8. The fax transmittal dated March 2, 2005 sent from Cherokee to Whiting-Turner was the first written notice from Cherokee of its intent to assert a Miller Act claim against St. Paul or Whiting-Turner. See **Exhibit C** at p. 4 (Request No. 3), **Exhibit D**, and **Exhibit E**.

9. Cherokee served written notice upon Whiting-Turner of its intent to assert a claim under the Miller Act via certified mail, return receipt requested, on April 13, 2005. See April 13, 2005 letter from Charles S. Kirwan to Andrew Natale, with attachments, **Exhibit F**.

10. Cherokee's Vice President Louis Fresolone testified at deposition that he had a conversation with Whiting-Turner employee Andrew Natale in January, 2005, in which he asked Mr. Natale for bond information and informed Mr. Natale that Cherokee was not "being paid" on the project. See Excerpts from Deposition of Louis Fresolone at pp. 12-14 (from line 2 on p. 12 through line 12 on p. 14), **Exhibit G**, attached hereto.

11. Mr. Fresolone testified at deposition that he did not inform Mr. Natale during his

January 2005 conversation with him that Cherokee was contemplating asserting a direct claim against Whiting-Turner or St. Paul. Id. at p. 14 (lines 2-12).

12. Mr. Fresolone testified at deposition that he was unsure about whether his alleged verbal notification to Whiting-Turner of Cherokee's intention to sue under the Miler Act occurred in February or March of 2005. Id. at p. 25 (lines 8 through 14).

13. At deposition, Mr. Fresolone could not recall specific details of his conversations with Whiting-Turner personnel that occurred in March of 2005. See id. at pp. 24-25 (starting with line 11 on p. 24, and continuing through line 18 of p. 25).

14. At deposition, Mr. Fresolone was unable to testify to the fact that Cherokee provided verbal notice of its intention to sue Whiting-Turner or St. Paul prior to February 17, 2005. See id. at pp. 14 (lines 8-12) and 24-25 (starting on line 25 on p. 24, and continuing through line 14 on p 25).

Respectfully submitted,
St. Paul Fire & Marine
Insurance Co.,
By its Attorneys,

/s/ Michael D. Williams

Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080
F: (401) 521-3555

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 23rd day of May, 2007, I caused to be emailed a copy of this Statement to the attention of Charles S. Kirwan, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\cherokee action\statement of undisputed facts.doc