UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONCRETE PLACEMENT, INC., and CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br>Defendant | : | |

**AFFIDAVIT OF CHRISTOPHER MARTINSON**

I, Christopher Martinson, being duly sworn, hereby depose and state as follows:

1. I am a Vice President of The Whiting-Turner Contracting Company ("Whiting-Turner"), headquartered in Baltimore, Maryland.

2. I am closely familiar with Whiting-Turner's involvement in the United States Navy's "Consolidated Fire, Police, and Security Building, North Gate and Gate No. 2" project, located in Newport, Rhode Island (the "Combo Fire Project").

3. Whiting-Turner was the Construction Manager on the Combo Fire Project.

4. St. Paul Fire & Marine Insurance Company, as surety, issued to Whiting-Turner, as principal, performance and payment bonds for the Combo Fire Project, pursuant to 40 U.S.C § 3131(b).

5. On the Combo Fire Project, one of Whiting-Turner's direct subcontractors was Capital City Concrete, Inc. ("Cap City").

6. Whiting-Turner and Cherokee Construction, Inc. ("Cherokee") did not enter into any contracts, whether written or oral, express or implied, regarding the Combo Fire Project,

and Cherokee did not provide any materials or labor directly to Whiting-Turner on the Combo Fire Project at any time.

7. Cherokee was a direct subcontractor to Cap City on the Combo Fire Project.

Signed under the pains and penalties of perjury this 23 day of March, 2007.

Christopher Martinson