**CHARLES S. KIRWAN & ASSOCIATES**
**ATTORNEYS AT LAW**
**204 KING PHILIP STREET**
**PROVIDENCE, RHODE ISLAND 02909-5751**
**CHARLES S. KIRWAN**
**Tel (401) 359-1166**
**Fax (401) 272-6875**
**e-mail ck@kirwanlaw.org**
Admitted RI, MA, NJ, DC

January 17, 2007

VIA TELECOPIER 521-3555

Christopher C. Whitney, Esq.
Michael D. Williams, Esq.
LITTLE MEDEIROS KINDER
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

Re: U.S. ex rel. Concrete Placement, Inc., et al. v. St. Paul Fire & Marine Ins. Co., C.A. No: 05-480S

Dear Counselors:

Per the specific requests made by Attorney Williams today, following up on last week's depositions:

Cherokee is prepared to stipulate that Cherokee's last day worked on the Combo Fire Station and Gates Project was November 19, 2004.

CPI is prepared to stipulate that CPI's last day worked on the Child Development Center Project was March 25, 2005. See document number Cherok-221, CPI's invoice for that day's services.

If you made other requests or have other requests, please let me know.

Sincerely,

Charles S. Kirwan
Counsel to Plaintiffs