**Williams, Michael D.**

**From:** Charles S. Kirwan [ck@kirwanlaw.org]
**Sent:** Tuesday, January 09, 2007 10:26 PM
**To:** Williams, Michael D.
**Subject:** RE: Cherokee / Concrete Placement v. St. Paul

Charles S. Kirwan, Esq.
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909-5751
kirwanlaw@gis.net
Tel. (401) 359-1166
Fax.(401) 272-6875

Greetings:

Set forth below are the document numbers of the notice-related documents requested in the extant request for the production of documents.

CPI Notice Proof Cherok-197
Cherokee Notice Proof Cherok-20, 27-29, 95-100 and WTCC 0036, 0039-0043, 0067-0070

This confirms that the twin 30b6 depositions regarding Miller Act notice will commence on January 11 at 2:30 p.m. Due to scheduling constraints, please plan to do CPI before Cherokee.

Thank you, Chip Kirwan 359-1166

Post-it® Fax Note 7671 | Date 3/4 | # of pages ▶ 1
To Arf | From
Co./Dept. | Co.
Phone # | Phone #
Fax # 727-1257 | Fax #

CHEROKEE CON
48 QUEEN S
CRANSTON, RI 02920
401-464-4577 TELEPHONE & FAX
cherokee4@cox.net

To: Mr. Andrew Natale, Project Manager

From: Joe Ricci

Date: March 2, 2005

Re: Newport Navy Consolidated Fire,
Police & Security Facility Concrete Flatwork

**Andrew, as per our conversion's about November 2004 work completed and accepted at above said building, this letter is a formal way to bring to your attention a lack of payment from your sub-contractor Capitol City Concrete. Cherokee Construction, Inc, would kindly. Request all bonding information on this project to expedite payment due of $35,000.00 for completed work. Thank you for your attention on this matter.**

Lou Fresolone

**Lou Fresolone, Vice President**
**Cherokee Construction, Inc.**

3/2/05 Notary Public
expires 6-28-05

CHEROK-20

CHARLES S. KIRWAN & ASSOCIATES
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

March 25, 2005

VIA TELECOPIER (846-4215)
AND REGISTERED MAIL

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: Cherokee Construction, Inc. and Capital City Concrete, Inc.

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE
AND REQUEST FOR INFORMATION

Dear Mr. Natale:

The undersigned represents Cherokee Construction, Inc. As Whiting-Turner is aware, Cherokee Construction served as a lower tier subcontractor to your subcontractor, Capital City Concrete with respect to the above referenced Miller Act Navy construction contract ("the Project").

As Mr. Louis Fresolone of Cherokee Construction advised you during the week of January 10, 2005, Capital City Concrete had not made payment to Capital City Concrete in the amount of $33,284.20 for work duly completed by Cherokee Construction with respect to the Project. On January 24, 2005, Mr. Fresolone met with you to attempt to secure payment of the $33,284.20 balance earned by and owed to Cherokee Construction. On February 28, 2005, you continued Whiting-Turner's cooperation with Cherokee Construction by providing Mr. Fresolone a copy of the attached partial waiver and release that names Cherokee Construction and Mr. Fresolone. You advised Mr. Fresolone that Capital City Concrete provided the attached partial waiver and release to Whiting-Turner to secure payment from Whiting-Turner for the Project work duly completed by Cherokee Construction. You will note that the partial waiver and release misspells the name "Fresolone", and, as confirmed by Mr. Fresolone, the notarized signature purporting to be Mr. Fresolone's signature, does not in any respect resemble his own actual signature. On March 18, 2005, Mr. Fresolone again met with you regarding this payment problem at which time you indicated Whiting Turner was indeed holding funds that eventually would be payable to Capital City Concrete. Any such funds should be paid to or held on account for Cherokee Construction until Capital City Concrete pays Cherokee Construction the $33,284.20 balance earned by and owed to Cherokee Construction.

1. At this time demand is made that Whiting-Turner demand and take all steps necessary to secure a written notarized statement from Capital City Concrete to explain to Whiting-Turner who actually signed Mr. Fresolone's name on the attached partial waiver and release. We request a copy from Whiting Turner as soon as Capital City Concrete complies with this requirement.

2. At this time demand is made that Whiting-Turner withhold any payments owed to Capital City Concrete on any project involving Capital City Concrete in an amount sufficient to assure full payment to Cherokee Construction. As we understand it, the standard Whiting-Turner subcontract expressly allows Whiting-Turner the right to set-off and recoup or retain amounts otherwise payable to Capital City Concrete to account for Capital City Concrete's failure or refusal to pay Cherokee Construction on this Project. If Whiting-Turner now has or will have funds otherwise payable to Capital City Concrete up to an including the $33,284.20 owed to Cherokee Construction, demand is made that Whiting-Turner, issue a check to Cherokee Construction and back-charge Capital City Concrete in an equal amount.

3. At this time, Whiting-Turner is also notified of Cherokee Construction's intent to pursue its Miller Act bond claim rights to recover its $33,284.20 project balance from the bond. If Miller Act litigation is required, Cherokee Construction hereby asserts and reserves its right to cover all compensable damages, attorneys fees, pre-judgment interest and court costs.

Cherokee Construction regrets that non-payment by Capital City Concrete forces these demands. Whiting-Turner's continued assistance and cooperation are respectfully requested. Cherokee Construction, Mr. Fresolone and the undersigned thank you for your prompt assistance in helping Cherokee Construction recover the $33,284.20 that it earned on the Project. If Whiting-Turner at any time needs any additional information from Cherokee Construction concerning this matter, then kindly please let me know and we will expedite delivery of the responsive data.

Thank you very much.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction
Capital City Concrete

Registered Mail

THE WHITING-TURNER CONTRACTING COMPANY

**EXHIBIT I**

## PARTIAL WAIVER AND RELEASE FOR SECOND TIER SUBCONTRACTORS AND SUPPLIERS

The Whiting-Turner Contracting Company *(General Contractor)* DATE: 11-27-04

OWNER: The United States Navy

PROJECT: 10010-Consolidated Fire, Police and Security; North Gate and Gate 2

SUBCONTRACTOR: Capital City Concrete Inc.

The undersigned Company, a subcontractor or supplier to the Subcontractor named above, and hereinafter referred to as the "Company", in consideration of payment previously received and in consideration of payment for work performed through the current date set forth below, hereby waives and releases all mechanics', materialmen's, or other liens and, to the fullest extent permitted by law, all rights to file any such liens in the future, and all claims and demands against the Owner, the General Contractor and the real property on which the Project is located, and any claims arising out of work, labor, services, equipment or materials, performed or furnished by the Company, its subcontractors and suppliers, in connection with the Project, through the period covered by the current invoice.

Except as noted below, the Company further acknowledges and represents that all persons and entities which have provided labor or material, or rented equipment, for or through the Company in connection with the Project have been paid in full for the periods covered by previous payments, that the previous payments to the Company have been properly applied to pay all outstanding invoices relating to the Project, that the Company is not aware of any claims, or circumstances which could give rise to future claims, against the Owner, the General Contractor or the Project, and that all payroll, withholding and other taxes, union benefits, insurance premiums or other amounts required by law, regulation or agreement to be paid in connection with labor for the project have been paid in full through the last date of work covered by the current invoice.

List exceptions, if any:

~~10% Retainage~~ None

Last date of work period covered by current invoice: November Requisition - Invoice I

Cherokee Construction, Inc.
*(Name of Company)*

BY: [signature]
*Signature, Duly Authorized Agent of Company*

ADDRESS: 43 Queen Street
Cranston, RI 02920

Louis Freselone, Vice President
*Printed Name and Title*

STATE OF Rhode Island )

(CITY) (COUNTY) OF Providence ) to wit:

On this 27th day of November, 2004, appeared before me Louis Freselone and he/she made oath in due form of law that the facts, information and representations set forth in the foregoing Company's Partial Waiver and Release, are true and accurate to the best of his/her knowledge, information and belief.

[signature]
*Notary Public*

My commission expires: [illegible]

Initialed By:

[illegible]

CHEROK-29

CHARLES S. KIRWAN & ASSOCIATES
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

April 13, 2005

CERTIFIED MAIL

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: Cherokee Construction, Inc. and Capital City Concrete, Inc.

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE

Dear Mr. Natale:

Attached is a copy of the letter that I faxed to you on March 25, 2005 on behalf of Cherokee Construction, Inc. regarding the above-referenced Miller Act project.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction

Certified Mail No. 7000 1530 0004 2930 7089

CHARLES S. KIRWAN & ASSOCIATES
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

March 25, 2005

VIA TELECOPIER (846-4215)
AND REGISTERED MAIL

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: Cherokee Construction, Inc. and Capital City Concrete, Inc.

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE
AND REQUEST FOR INFORMATION

Dear Mr. Natale:

The undersigned represents Cherokee Construction, Inc. As Whiting-Turner is aware, Cherokee Construction served as a lower tier subcontractor to your subcontractor, Capital City Concrete with respect to the above referenced Miller Act Navy construction contract ("the Project").

As Mr. Louis Fresolone of Cherokee Construction advised you during the week of January 10, 2005, Capital City Concrete had not made payment to Capital City Concrete in the amount of $33.284.20 for work duly completed by Cherokee Construction with respect to the Project. On January 24, 2005, Mr. Fresolone met with you to attempt to secure payment of the $33,284.20 balance earned by and owed to Cherokee Construction. On February 28, 2005, you continued Whiting-Turner's cooperation with Cherokee Construction by providing Mr. Fresolone a copy of the attached partial waiver and release that names Cherokee Construction and Mr. Fresolone. You advised Mr. Fresolone that Capital City Concrete provided the attached partial waiver and release to Whiting-Turner to secure payment from Whiting-Turner for the Project work duly completed by Cherokee Construction. You will note that the partial waiver and release misspells the name "Fresolone", and, as confirmed by Mr. Fresolone, the notarized signature purporting to be Mr. Fresolone's signature, does not in any respect resemble his own actual signature. On March 18, 2005, Mr. Fresolone again met with you regarding this payment problem at which time you indicated Whiting Turner was indeed holding funds that eventually would be payable to Capital City Concrete. Any such funds should be paid to or held on account for Cherokee Construction until Capital City Concrete pays Cherokee Construction the $33,284.20 balance earned by and owed to Cherokee Construction.

1. At this time demand is made that Whiting-Turner demand and take all steps necessary to secure a written notarized statement from Capital City Concrete to explain to Whiting-Turner who actually signed Mr. Fresolone's name on the attached partial waiver and release. We request a copy from Whiting Turner as soon as Capital City Concrete complies with this requirement.

2. At this time demand is made that Whiting-Turner withhold any payments owed to Capital City Concrete on any project involving Capital City Concrete in an amount sufficient to assure full payment to Cherokee Construction. As we understand it, the standard Whiting-Turner subcontract expressly allows Whiting-Turner the right to set-off and recoup or retain amounts otherwise payable to Capital City Concrete to account for Capital City Concrete's failure or refusal to pay Cherokee Construction on this Project. If Whiting-Turner now has or will have funds otherwise payable to Capital City Concrete up to an including the $33,284.20 owed to Cherokee Construction, demand is made that Whiting-Turner, issue a check to Cherokee Construction and back-charge Capital City Concrete in an equal amount.

3. At this time, Whiting-Turner is also notified of Cherokee Construction's intent to pursue its Miller Act bond claim rights to recover its $33,284.20 project balance from the bond. If Miller Act litigation is required, Cherokee Construction hereby asserts and reserves its right to cover all compensable damages, attorneys fees, pre-judgment interest and court costs.

Cherokee Construction regrets that non-payment by Capital City Concrete forces these demands. Whiting-Turner's continued assistance and cooperation are respectfully requested. Cherokee Construction, Mr. Fresolone and the undersigned thank you for your prompt assistance in helping Cherokee Construction recover the $33,284.20 that it earned on the Project. If Whiting-Turner at any time needs any additional information from Cherokee Construction concerning this matter, then kindly please let me know and we will expedite delivery of the responsive data.

Thank you very much.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction
Capital City Concrete

Registered Mail

THE WHITING-TURNER CONTRACTING COMPANY

EXHIBIT I

# PARTIAL WAIVER AND RELEASE FOR SECOND TIER SUBCONTRACTORS AND SUPPLIERS

The Whiting-Turner Contracting Company *(General Contractor)* DATE: 11-27-04

OWNER: The United States Navy

PROJECT: 10010-Consolidated Fire, Police and Security, North Gate and Gate 2

SUBCONTRACTOR: Capital City Concrete Inc.

The undersigned Company, a subcontractor or supplier to the Subcontractor named above, and hereinafter referred to as the "Company", in consideration of payment previously received and in consideration of payment for work performed through the current date set forth below, hereby waives and releases all mechanics', materialmen's, or other liens and, to the fullest extent permitted by law, all rights to file any such liens in the future, and all claims and demands against the Owner, the General Contractor and the real property on which the Project is located, and any claims arising out of work, labor, services, equipment or materials, performed or furnished by the Company, its subcontractors and suppliers, in connection with the Project, through the period covered by the current invoice.

Except as noted below, the Company further acknowledges and represents that all persons and entities which have provided labor or material, or rented equipment, for or through the Company in connection with the Project have been paid in full for the periods covered by previous payments, that the previous payments to the Company have been properly applied to pay all outstanding invoices relating to the Project, that the Company is not aware of any claims, or circumstances which could give rise to future claims, against the Owner, the General Contractor or the Project, and that all payroll, withholding and other taxes, union benefits, insurance premiums or other amounts required by law, regulation or agreement to be paid in connection with labor for the project have been paid in full through the last date of work covered by the current invoice.

List exceptions, if any:

~~10% Retainage~~ None

Last date of work period covered by current Invoice: November Requisition - Invoice I

Cherokee Construction, Inc.
*(Name of Company)*

BY: [signature] V.P.
*Signature, Duly Authorized Agent of Company*

ADDRESS: 48 Queen Street
Cranston, RI 02920

Louis Freselone, Vice President
*Printed Name and Title*

STATE OF Rhode Island )

(CITY) (COUNTY) OF Providence ) ) to wit:

On this 27 day of November, 2004, appeared before me Louis Freselone and he/she made oath in due form of law that the facts, information and representations set forth in the foregoing Company's Partial Waiver and Release, are true and accurate to the best of his/her knowledge, information and belief.

[signature] My commission expires: [illegible]

*Notary Public*

CHEROK-98

Initialed By:

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7003 2260 0004 0330 4539

MIDDLETOWN, RI 02842

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0102 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMOCS1 |
| Total Postage & Fees | $ 4.42 | 04/13/05 |

Sent To
MR NATALE WHITING TURNER CONTRACTING
Street, Apt. No.; or PO Box No.
1297 BUSHNELL STREET
City, State, ZIP+4
MIDDLETOWN RI 02842

PS Form 3800, May 2000 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. ANDREW NATALE,
PROJECT MANAGER
WHITING-TURNER CONTRACTING COMPANY
1297 BUSHNELL STREET
MIDDLETOWN, RI 02842

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery
5/1/06

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 1530 0004 2930 7089

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

CHEROK-100

G. W. C. WHITING
(1883-1974)

WILLARD HACKERMAN
PRESIDENT AND CEO

FOUNDED 1909

**THE WHITING-TURNER CONTRACTING COMPANY**

(INCORPORATED)

ENGINEERS AND CONTRACTORS

100 FRANKLIN SQUARE DRIVE, SUITE 100
SOMERSET, NEW JERSEY 08873
732-271-2900
FAX 732-271-7725
www.whiting-turner.com

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTH CARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES, CONCRE

WRITER'S DIRECT NUMBER IS
401-846-4200

February 20, 2005

Capital City Concrete
108 Phenix Avenue
Cranston, RI 02920

Attn: Lori DeRobbio
President

**RE:** ***Contract #10010-001-03A***
***Consolidated Fire, Police and Security***
***Cherokee Construction Payment***

Lori,

On Wednesday February 2, 2005 and two times thereafter, Louis Freselone, Vice President of Cherokee Construction (subcontractor of Capital City Concrete), approached The Whiting-Turner Contracting Company regarding payment for work performed in November 2004. Mr. Freselone claimed that no payment has been made for a $35,000.00 invoice submitted at the end of November 2004. Additionally in further conversations Mr. Freselone stated that no 2nd tier release of liens has been signed by Cherokee Construction.

Capital City Concrete has provided Whiting-Turner with a cleared check from Capital City to Cherokee Construction for the amount of $28,000.00 noting "Slab FPS Bldg (partial)." Additionally a 2nd tier release has been received for Cherokee Construction dated November 27, 2004.

Whiting-Turner is concerned with the discrepancy between Capital City Concrete and its subcontractor Cherokee Construction. Article 3 (a) of the above reference contract states "performance and completion of the work described in Exhibit B, free from all claims of laborers, material suppliers, subcontractors, and all others making claims through the contractor. Payments will not be made to Capital City Concrete until proper closure is made to this issue. It is Whiting-Turner's understanding that Cherokee Construction will no longer perform work under this contract. If this is the case please provide a final release of liens from this subcontractor in a timely fashion.

We appreciate you immediate attention to this matter, if you have additional questions or concerns please contact me at 401-846-4200.

Very truly yours,
**The Whiting-Turner Contracting Company**

[signature] for

Matthew Belcher
Project Manager

Attachments (2)

WTCC 0036

Cherokee Construction
Request for W-T's Bond

CHEROKEE CONSTRUCTION
48 QUEEN STREET
CRANSTON, RI 02920
401-464-4577 TELEPHONE & FAX
cherokee4@cox.net

To: Mr. Andrew Natale, Project Manager

From: Joe Ricci

Date: March 2, 2005

Re: Newport Navy Consolidated Fire,
Police & Security Facility Concrete Flatwork

**Andrew, as per our conversion's about November 2004 work completed and accepted at above said building, this letter is a formal way to bring to your attention a lack of payment from your sub-contractor Capitol City Concrete. Cherokee Construction, Inc, would kindly. Request all bonding information on this project to expedite payment due of $35,000.00 for completed work. Thank you for your attention on this matter.**

Lou Fresolone

**Lou Fresolone, Vice President**
**Cherokee Construction, Inc.**

[signature] 3/2/05 Notary Public
expires 6-28-05

G. W. C. WHITING
(1883-1974)

WILLARD HACKERMAN
PRESIDENT AND CEO

FOUNDED 1909

# THE WHITING-TURNER CONTRACTING COMPANY

(INCORPORATED)

ENGINEERS AND CONTRACTORS

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTH CARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

100 FRANKLIN SQUARE DRIVE, SUITE 100
SOMERSET, NEW JERSEY 08873
732-271-2900
FAX 732-271-7725
www.whiting-turner.com

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES, CONCRE

WRITER'S DIRECT NUMBER IS
401-846-4200

March 2, 2005

Capital City Concrete
108 Phenix Avenue
Cranston, RI 02920

Attn: Lori DeRobbio
President

*RE: Contract #10010-001-03A*
***Consolidated Fire, Police and Security***
***Cherokee Construction Payment***

Lori,

Capital City Concrete was put on notice regarding Cherokee Construction's request for payment in a letter dated February 20, 2005. Monday February 28, 2005, Louis Freselone, Vice President of Cherokee Construction (subcontractor of Capital City Concrete), verbally requested information regarding Whiting-Turner's bond with the United States Navy for the Consolidated Fire, Police and Security Building. Despite the information provided by Capital City Concrete (attached to the February 20, 2005 letter), Mr. Freselone stated that no payments have been made for work under this subcontract. Whiting-Turner is legally bound by the Miller Act to provide this bond information to Cherokee Construction in a timely fashion upon written request.

Article 3 (a) of the above reference contract states "performance and completion of the work described in Exhibit B, free from all claims of laborers, material suppliers, subcontractors, and all others making claims through the contractor. All costs associated with Cherokee Construction including but not limited to lawyer fees, bond increases and other administrative costs will be the responsibility of Capital City Concrete.

Please provide immediate closure to this matter, if you have additional questions or concerns please contact me at 401-846-4200.

Very truly yours,
**The Whiting-Turner Contracting Company**

Matthew Belcher
Project Manager

**CHARLES S. KIRWAN & ASSOCIATES**
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

March 25, 2005

VIA TELECOPIER (846-4215)
AND REGISTERED MAIL

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: <u>Cherokee Construction, Inc. and Capital City Concrete, Inc.</u>

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE
AND REQUEST FOR INFORMATION

Dear Mr. Natale:

The undersigned represents Cherokee Construction, Inc. As Whiting-Turner is aware, Cherokee Construction served as a lower tier subcontractor to your subcontractor, Capital City Concrete with respect to the above referenced Miller Act Navy construction contract ("the Project").

As Mr. Louis Fresolone of Cherokee Construction advised you during the week of January 10, 2005, Capital City Concrete had not made payment to Capital City Concrete in the amount of $33.284.20 for work duly completed by Cherokee Construction with respect to the Project. On January 24, 2005, Mr. Fresolone met with you to attempt to secure payment of the $33,284.20 balance earned by and owed to Cherokee Construction. On February 28, 2005, you continued Whiting-Turner's cooperation with Cherokee Construction by providing Mr. Fresolone a copy of the attached partial waiver and release that names Cherokee Construction and Mr. Fresolone. You advised Mr. Fresolone that Capital City Concrete provided the attached partial waiver and release to Whiting-Turner to secure payment from Whiting-Turner for the Project work duly completed by Cherokee Construction. You will note that the partial waiver and release misspells the name "Fresolone", and, as confirmed by Mr. Fresolone, the notarized signature purporting to be Mr. Fresolone's signature, does not in any respect resemble his own actual signature. On March 18, 2005, Mr. Fresolone again met with you regarding this payment problem at which time you indicated Whiting Turner was indeed holding funds that eventually would be payable to Capital City Concrete. Any such funds should be paid to or held on account for Cherokee Construction until Capital City Concrete pays Cherokee Construction the $33,284.20 balance earned by and owed to Cherokee Construction.

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
March 25, 2005
Page Two

1. At this time demand is made that Whiting-Turner demand and take all steps necessary to secure a written notarized statement from Capital City Concrete to explain to Whiting-Turner who actually signed Mr. Fresolone's name on the attached partial waiver and release. We request a copy from Whiting Turner as soon as Capital City Concrete complies with this requirement.

2. At this time demand is made that Whiting-Turner withhold any payments owed to Capital City Concrete on any project involving Capital City Concrete in an amount sufficient to assure full payment to Cherokee Construction. As we understand it, the standard Whiting-Turner subcontract expressly allows Whiting-Turner the right to set-off and recoup or retain amounts otherwise payable to Capital City Concrete to account for Capital City Concrete's failure or refusal to pay Cherokee Construction on this Project. If Whiting-Turner now has or will have funds otherwise payable to Capital City Concrete up to an including the $33,284.20 owed to Cherokee Construction, demand is made that Whiting-Turner, issue a check to Cherokee Construction and back-charge Capital City Concrete in an equal amount.

3. At this time, Whiting-Turner is also notified of Cherokee Construction's intent to pursue its Miller Act bond claim rights to recover its $33,284.20 project balance from the bond. If Miller Act litigation is required, Cherokee Construction hereby asserts and reserves its right to cover all compensable damages, attorneys fees, pre-judgment interest and court costs.

Cherokee Construction regrets that non-payment by Capital City Concrete forces these demands. Whiting-Turner's continued assistance and cooperation are respectfully requested. Cherokee Construction, Mr. Fresolone and the undersigned thank you for your prompt assistance in helping Cherokee Construction recover the $33,284.20 that it earned on the Project. If Whiting-Turner at any time needs any additional information from Cherokee Construction concerning this matter, then kindly please let me know and we will expedite delivery of the responsive data.

Thank you very much.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction
Capital City Concrete

Registered Mail

THE WHITING-TURNER CONTRACTING COMPANY

**EXHIBIT I**

# PARTIAL WAIVER AND RELEASE FOR SECOND TIER SUBCONTRACTORS AND SUPPLIERS

The Whiting-Turner Contracting Company *(General Contractor)* DATE: 11-27-04

OWNER: The United States Navy

PROJECT: 10010-Consolidated Fire, Police and Security; North Gate and Gate 2

SUBCONTRACTOR: Capital City Concrete Inc.

The undersigned Company, a subcontractor or supplier to the Subcontractor named above, and hereinafter referred to as the "Company", in consideration of payment previously received and in consideration of payment for work performed through the current date set forth below, hereby waives and releases all mechanics', materialmen's, or other liens and, to the fullest extent permitted by law, all rights to file any such liens in the future, and all claims and demands against the Owner, the General Contractor and the real property on which the Project is located, and any claims arising out of work, labor, services, equipment or materials, performed or furnished by the Company, its subcontractors and suppliers, in connection with the Project, through the period covered by the current invoice.

Except as noted below, the Company further acknowledges and represents that all persons and entities which have provided labor or material, or rented equipment, for or through the Company in connection with the Project have been paid in full for the periods covered by previous payments, that the previous payments to the Company have been properly applied to pay all outstanding invoices relating to the Project, that the Company is not aware of any claims, or circumstances which could give rise to future claims, against the Owner, the General Contractor or the Project, and that all payroll, withholding and other taxes, union benefits, insurance premiums or other amounts required by law, regulation or agreement to be paid in connection with labor for the project have been paid in full through the last date of work covered by the current invoice.

List exceptions, if any:

~~10% Retainage~~ None

Last date of work period covered by current Invoice: November Requisition - Invoice I

Cherokee Construction, Inc.
*(Name of Company)*

BY: [signature] VP
*Signature, Duly Authorized Agent of Company*

ADDRESS: 48 Queen Street
Cranston, RI 02920

Louis Freselone, Vice President
*Printed Name and Title*

STATE OF Rhode Island )

(CITY) (COUNTY) OF Providence ) ) to wit:

On this 27th day of November, 2004, appeared before me Louis Freselone and he/she made oath in due form of law that the facts, information and representations set forth in the foregoing Company's Partial Waiver and Release, are true and accurate to the best of his/her knowledge, information and belief.

[signature] My commission expires: [illegible]
*Notary Public*

Initialed By:

[illegible]

CHARLES S. KIRWAN & ASSOCIATES
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

April 13, 2005

CERTIFIED MAIL

RECEIVED
APR 19 2005

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: Cherokee Construction, Inc. and Capital City Concrete, Inc.

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE

Dear Mr. Natale:

Attached is a copy of the letter that I faxed to you on March 25, 2005 on behalf of Cherokee Construction, Inc. regarding the above-referenced Miller Act project.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction

Certified Mail No. 7000 1530 0004 2930 7089

**CHARLES S. KIRWAN & ASSOCIATES**
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

March 25, 2005

VIA TELECOPIER (846-4215)
AND REGISTERED MAIL

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: Cherokee Construction, Inc. and Capital City Concrete, Inc.

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE
AND REQUEST FOR INFORMATION

Dear Mr. Natale:

The undersigned represents Cherokee Construction, Inc. As Whiting-Turner is aware, Cherokee Construction served as a lower tier subcontractor to your subcontractor, Capital City Concrete with respect to the above referenced Miller Act Navy construction contract ("the Project").

As Mr. Louis Fresolone of Cherokee Construction advised you during the week of January 10, 2005, Capital City Concrete had not made payment to Capital City Concrete in the amount of $33.284.20 for work duly completed by Cherokee Construction with respect to the Project. On January 24, 2005, Mr. Fresolone met with you to attempt to secure payment of the $33,284.20 balance earned by and owed to Cherokee Construction. On February 28, 2005, you continued Whiting-Turner's cooperation with Cherokee Construction by providing Mr. Fresolone a copy of the attached partial waiver and release that names Cherokee Construction and Mr. Fresolone. You advised Mr. Fresolone that Capital City Concrete provided the attached partial waiver and release to Whiting-Turner to secure payment from Whiting-Turner for the Project work duly completed by Cherokee Construction. You will note that the partial waiver and release misspells the name "Fresolone", and, as confirmed by Mr. Fresolone, the notarized signature purporting to be Mr. Fresolone's signature, does not in any respect resemble his own actual signature. On March 18, 2005, Mr. Fresolone again met with you regarding this payment problem at which time you indicated Whiting Turner was indeed holding funds that eventually would be payable to Capital City Concrete. Any such funds should be paid to or held on account for Cherokee Construction until Capital City Concrete pays Cherokee Construction the $33,284.20 balance earned by and owed to Cherokee Construction.

1. At this time demand is made that Whiting-Turner demand and take all steps necessary to secure a written notarized statement from Capital City Concrete to explain to Whiting-Turner who actually signed Mr. Fresolone's name on the attached partial waiver and release. We request a copy from Whiting Turner as soon as Capital City Concrete complies with this requirement.

2. At this time demand is made that Whiting-Turner withhold any payments owed to Capital City Concrete on any project involving Capital City Concrete in an amount sufficient to assure full payment to Cherokee Construction. As we understand it, the standard Whiting-Turner subcontract expressly allows Whiting-Turner the right to set-off and recoup or retain amounts otherwise payable to Capital City Concrete to account for Capital City Concrete's failure or refusal to pay Cherokee Construction on this Project. If Whiting-Turner now has or will have funds otherwise payable to Capital City Concrete up to an including the $33,284.20 owed to Cherokee Construction, demand is made that Whiting-Turner, issue a check to Cherokee Construction and back-charge Capital City Concrete in an equal amount.

3. At this time, Whiting-Turner is also notified of Cherokee Construction's intent to pursue its Miller Act bond claim rights to recover its $33,284.20 project balance from the bond. If Miller Act litigation is required, Cherokee Construction hereby asserts and reserves its right to cover all compensable damages, attorneys fees, pre-judgment interest and court costs.

Cherokee Construction regrets that non-payment by Capital City Concrete forces these demands. Whiting-Turner's continued assistance and cooperation are respectfully requested. Cherokee Construction, Mr. Fresolone and the undersigned thank you for your prompt assistance in helping Cherokee Construction recover the $33,284.20 that it earned on the Project. If Whiting-Turner at any time needs any additional information from Cherokee Construction concerning this matter, then kindly please let me know and we will expedite delivery of the responsive data.

Thank you very much.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction
Capital City Concrete

Registered Mail

THE WHITING-TURNER CONTRACTING COMPANY

**EXHIBIT I**

**PARTIAL WAIVER AND RELEASE**
**FOR SECOND TIER SUBCONTRACTORS AND SUPPLIERS**

The Whiting-Turner Contracting Company *(General Contractor)* DATE: 11-27-04

OWNER: The United States Navy

PROJECT: 10010-Consolidated Fire, Police and Security North Gate and Gate 2

SUBCONTRACTOR: Capital City Concrete Inc.

The undersigned Company, a subcontractor or supplier to the Subcontractor named above, and hereinafter referred to as the "Company", in consideration of payment previously received and in consideration of payment for work performed through the current date set forth below, hereby waives and releases all mechanics', materialman's, or other liens and, to the fullest extent permitted by law, all rights to file any such liens in the future, and all claims and demands against the Owner, the General Contractor and the real property on which the Project is located and any claims arising out of work, labor, services, equipment or materials, performed or furnished by the Company, its subcontractors and suppliers, in connection with the Project, through the period covered by the current invoice.

Except as noted below, the Company further acknowledges and represents that all persons and entities which have provided labor or material, or rented equipment, for or through the Company in connection with the Project have been paid in full, for the periods covered by previous payments, that the previous payments to the Company have been properly applied to pay all outstanding invoices relating to the Project, that the Company is not aware of any claims, or circumstances which could give rise to future claims, against the Owner, the General Contractor or the Project, and that all payroll, withholding and other taxes, union benefits, insurance premiums or other amounts required by law, regulation or agreement to be paid in connection with labor for the project have been paid in full through the last date of work covered by the current invoice.

List exceptions, if any:

~~10% Retainage~~ None

Last date of work period covered by current Invoice: November Requisition - Invoice I

Cherokee Construction, Inc.
*(Name of Company)*

BY: [signature] VP
*Signature, Duly Authorized Agent of Company*

ADDRESS: 48 Queen Street
Cranston, RI 02920

Louis Freselone, Vice President
*Printed Name and Title*

STATE OF Rhode Island )

(CITY) (COUNTY) OF Providence ) ) to wit:

On this 27th day of November, 2004, appeared before me Louis Freselone and he/she made oath in due form of law that the facts, information and representations set forth in the foregoing Company's Partial Waiver and Release, are true and accurate to the best of his/her knowledge, information and belief.

[signature] My commission expires: [illegible]
*Notary Public*

WTCC 0070

Initialed By: