CHARLES S. KIRWAN & ASSOCIATES
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

April 13, 2005

CERTIFIED MAIL

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: Cherokee Construction, Inc. and Capital City Concrete, Inc.

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE

Dear Mr. Natale:

Attached is a copy of the letter that I faxed to you on March 25, 2005 on behalf of Cherokee Construction, Inc. regarding the above-referenced Miller Act project.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction

Certified Mail No. 7000 1530 0004 2930 7089

CHARLES S. KIRWAN & ASSOCIATES
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

Admitted RI, MA, NJ, DC

March 25, 2005

VIA TELECOPIER (846-4215)
AND REGISTERED MAIL

Mr. Andrew Natale, Project Manager
WHITING TURNER CONTRACTING COMPANY
1297 Bushnell Street
Middletown, R.I. 02842

Re: Cherokee Construction, Inc. and Capital City Concrete, Inc.

| | |
|---|---|
| Bond Principal | Whiting-Turner Contracting Company |
| Bond No. | 104161881 (Travelers Casualty & Surety Company of America) |
| Contract No. | N62477-99-D-0019/0025 Navy Combo Fire Station and Gates Project |
| Subcontractor | Capital City Concrete, Inc. |
| Sub-Subcontractor | Cherokee Construction, Inc. |

MILLER ACT BOND CLAIM NOTICE
AND REQUEST FOR INFORMATION

Dear Mr. Natale:

The undersigned represents Cherokee Construction, Inc. As Whiting-Turner is aware, Cherokee Construction served as a lower tier subcontractor to your subcontractor, Capital City Concrete with respect to the above referenced Miller Act Navy construction contract ("the Project").

As Mr. Louis Fresolone of Cherokee Construction advised you during the week of January 10, 2005, Capital City Concrete had not made payment to Capital City Concrete in the amount of $33.284.20 for work duly completed by Cherokee Construction with respect to the Project. On January 24, 2005, Mr. Fresolone met with you to attempt to secure payment of the $33,284.20 balance earned by and owed to Cherokee Construction. On February 28, 2005, you continued Whiting-Turner's cooperation with Cherokee Construction by providing Mr. Fresolone a copy of the attached partial waiver and release that names Cherokee Construction and Mr. Fresolone. You advised Mr. Fresolone that Capital City Concrete provided the attached partial waiver and release to Whiting-Turner to secure payment from Whiting-Turner for the Project work duly completed by Cherokee Construction. You will note that the partial waiver and release misspells the name "Fresolone", and, as confirmed by Mr. Fresolone, the notarized signature purporting to be Mr. Fresolone's signature, does not in any respect resemble his own actual signature. On March 18, 2005, Mr. Fresolone again met with you regarding this payment problem at which time you indicated Whiting Turner was indeed holding funds that eventually would be payable to Capital City Concrete. Any such funds should be paid to or held on account for Cherokee Construction until Capital City Concrete pays Cherokee Construction the $33,284.20 balance earned by and owed to Cherokee Construction.

1. At this time demand is made that Whiting-Turner demand and take all steps necessary to secure a written notarized statement from Capital City Concrete to explain to Whiting-Turner who actually signed Mr. Fresolone's name on the attached partial waiver and release. We request a copy from Whiting Turner as soon as Capital City Concrete complies with this requirement.

2. At this time demand is made that Whiting-Turner withhold any payments owed to Capital City Concrete on any project involving Capital City Concrete in an amount sufficient to assure full payment to Cherokee Construction. As we understand it, the standard Whiting-Turner subcontract expressly allows Whiting-Turner the right to set-off and recoup or retain amounts otherwise payable to Capital City Concrete to account for Capital City Concrete's failure or refusal to pay Cherokee Construction on this Project. If Whiting-Turner now has or will have funds otherwise payable to Capital City Concrete up to an including the $33,284.20 owed to Cherokee Construction, demand is made that Whiting-Turner, issue a check to Cherokee Construction and back-charge Capital City Concrete in an equal amount.

3. At this time, Whiting-Turner is also notified of Cherokee Construction's intent to pursue its Miller Act bond claim rights to recover its $33,284.20 project balance from the bond. If Miller Act litigation is required, Cherokee Construction hereby asserts and reserves its right to cover all compensable damages, attorneys fees, pre-judgment interest and court costs.

Cherokee Construction regrets that non-payment by Capital City Concrete forces these demands. Whiting-Turner's continued assistance and cooperation are respectfully requested. Cherokee Construction, Mr. Fresolone and the undersigned thank you for your prompt assistance in helping Cherokee Construction recover the $33,284.20 that it earned on the Project. If Whiting-Turner at any time needs any additional information from Cherokee Construction concerning this matter, then kindly please let me know and we will expedite delivery of the responsive data.

Thank you very much.

Very truly yours,

Charles S. Kirwan
Counsel to Cherokee Construction

Attachment

cc: Cherokee Construction
Capital City Concrete

Registered Mail

THE WHITING-TURNER CONTRACTING COMPANY

EXHIBIT I

## PARTIAL WAIVER AND RELEASE FOR SECOND TIER SUBCONTRACTORS AND SUPPLIERS

The Whiting-Turner Contracting Company *(General Contractor)* DATE: 11-27-04

OWNER: The United States Navy

PROJECT: 10010-Consolidated Fire, Police and Security; North Gate and Gate 2

SUBCONTRACTOR: Capital City Concrete Inc.

The undersigned Company, a subcontractor or supplier to the Subcontractor named above, and hereinafter referred to as the "Company", in consideration of payment previously received and in consideration of payment for work performed through the current date set forth below, hereby waives and releases all mechanics', materialmen's, or other liens and, to the fullest extent permitted by law, all rights to file any such liens in the future, and all claims and demands against the Owner, the General Contractor and the real property on which the Project is located and any claims arising out of work, labor, services, equipment or materials, performed or furnished by the Company, its subcontractors and suppliers, in connection with the Project, through the period covered by the current invoice.

Except as noted below, the Company further acknowledges and represents that all persons and entities which have provided labor or material, or rented equipment, for or through the Company in connection with the Project have been paid in full, for the periods covered by previous payments, that the previous payments to the Company have been properly applied to pay all outstanding invoices relating to the Project, that the Company is not aware of any claims, or circumstances which could give rise to future claims, against the Owner, the General Contractor or the Project, and that all payroll, withholding and other taxes, union benefits, insurance premiums or other amounts required by law, regulation or agreement to be paid in connection with labor for the project have been paid in full through the last date of work covered by the current invoice.

List exceptions, if any:

~~10% Retainage~~ None

Last date of work period covered by current Invoice: November Requisition - Invoice I

Cherokee Construction, Inc.
*(Name of Company)*

BY: [signature] VP
*Signature, Duly Authorized Agent of Company*

ADDRESS: 48 Queen Street
Cranston, RI 02920

Louis Freselone, Vice President
*Printed Name and Title*

STATE OF Rhode Island )

(CITY) (COUNTY) OF Providence ) ) to wit:

On this 27th day of November, 2004, appeared before me Louis Freselone and he/she made oath in due form of law that the facts, information and representations set forth in the foregoing Company's Partial Waiver and Release, are true and accurate to the best of his/her knowledge, information and belief.

[signature] My commission expires: [illegible]

*Notary Public*

CHEROK-98

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7004 2930 0004 2930 4520

MIDDLETOWN, RI 02842

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0102 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMOCS1 |
| Total Postage & Fees | $ 4.42 | 04/13/05 |

Sent To
MR NATALE WHITING TURNER CONTRACTING
Street, Apt. No.; or PO Box No.
1297 BUSHNELL STREET
City, State, ZIP+4
MIDDLETOWN RI 02842

PS Form 3800, May 2000 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. ANDREW NATALE,
PROJECT MANAGER
WHITING - TURNER CONTRACTING COMPANY
1297 BUSHNELL STREET
MIDDLETOWN, RI 02842

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)

7000 1530 0004 2930 7089

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

CHEROK-100