UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND TIME FOR FILING PARTIAL SUMMARY JUDGMENT OPPOSITION

Plaintiff Cherokee Construction, Inc., by and through its undersigned counsel, pursuant to Rules 1 and 6(b)(1) of the Federal Rules of Civil Procedure, and Civil Rule 7 of the Local Rules of this Honorable Court, hereby respectfully requests that this Honorable Court allow a one (1) business day time extension for the filing of the Plaintiff's objection to Defendant's Motion for Partial Summary Judgment on Count III of the complaint. One prior assented to extension was granted by the Court extending the filing deadline from Monday, June 11, 2007 to Friday, June 15, 2007.

Plaintiff Cherokee's undersigned counsel respectfully requests that the objection filing deadline be extended by one (1) business day to Monday, June 18, 2007. The Defendant has agreed to interpose no objection to this final brief extension request.

Plaintiff's undersigned counsel encountered scheduling difficulties as the result of deposition preparations and extended deposition attendance required by the interests of a different client, and, as a result, was unable to finalize the requisite summary judgment objection as planned. Rule 1 of the Federal Rules of Civil Procedure mandates that the Rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every

action." The very limited delay associated with the requested extension prejudices no cognizable interest. The interests of justice warrant allowance of the requested final additional extension.

Wherefore, Plaintiffs respectfully request that this Honorable Court grant the requested filing extension to June 18, 2007.

Respectfully submitted,

PLAINTIFFS CONCRETE PLACEMENT, INC.
and CHEROKEE CONSTRUCTION, INC.

By their Attorneys,

CHARLES S. KIRWAN & ASSOCIATES

/s/ Charles S. Kirwan

Charles S. Kirwan (Bar #4050)
204 King Philip Street
Providence, RI 02909
(401) 359-1166
(401) 272-6875 (fax)

CERTIFICATION

I hereby certify that on this 15th day of June 2007, I caused a true and complete copy of the foregoing to be transmitted via telecopier and mailed first class postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., Michael D. Williams, Esquire, LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.

/s/ Charles S. Kirwan