UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

PLAINTIFFS' THIRD MOTION TO EXTEND TIME FOR FILING
PARTIAL SUMMARY JUDGMENT OPPOSITION

Plaintiff Cherokee Construction, Inc., by and through its undersigned counsel, pursuant to Rules 1 and 6(b)(1) of the Federal Rules of Civil Procedure, and Civil Rule 7 of the Local Rules of this Honorable Court, hereby respectfully requests that this Honorable Court allow a very brief extension of a number of additional hours beyond the midnight electronic filing deadline for the filing of the Plaintiff's objection to Defendant's Motion for Partial Summary Judgment on Count III of the complaint. Originally, Plaintiff's subject objection was set for filing by June 11, 2007. The total requested extension amounts to a total of eight (8) calendar days, from June 11, 2007 to June 19, 2007. One prior assented to extension was granted by the Court, thereby extending the filing deadline from Monday, June 11, 2007 to Friday, June 15, 2007. An additional assented to extension request was filed on Friday, June 15, 2007. Plaintiff's undersigned counsel did not anticipate the need for this final extension request until after business hours this evening and has not yet reached opposing counsel to confer.

Plaintiff Cherokee's undersigned counsel respectfully requests that the objection filing deadline be extended by number of additional hours beyond the midnight electronic filing

deadline. The Defendant can identify no cognizable prejudice or delay regarding this final brief extension request.

Plaintiff's undersigned counsel encountered delay completing the requisite objection. Rule 1 of the Federal Rules of Civil Procedure mandates that the Rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action." The very limited delay associated with the requested extension, to be measured in a number of hours, prejudices no cognizable interest. The interests of justice warrant allowance of the requested final additional extension.

Wherefore, Plaintiffs respectfully request that this Honorable Court grant the requested filing extension a number of additional hours beyond the midnight electronic filing deadline.

Respectfully submitted,

PLAINTIFFS CONCRETE PLACEMENT, INC.
and CHEROKEE CONSTRUCTION, INC.

By their Attorneys,

CHARLES S. KIRWAN & ASSOCIATES

/s/ Charles S. Kirwan

Charles S. Kirwan (Bar #4050)
204 King Philip Street
Providence, RI 02909
(401) 359-1166
(401) 272-6875 (fax)

CERTIFICATION

I hereby certify that on this 18th day of June 2007, I caused a true and complete copy of the foregoing to be transmitted via telecopier and mailed first class postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., Michael D. Williams, Esquire, LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.

/s/ Charles S. Kirwan