UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. ex rel. CONCRETE PLACEMENT, INC.
and CHEROKEE CONSTRUCTION, INC.

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.

PLAINTIFF'S OBJECTION TO
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed R. Civ. P. 56(c) and 40 U.S.C. § 3133(b)(2), Plaintiff Cherokee Construction, Inc. hereby objects Defendant St Paul's pro forma motion for partial summary judgment as to the Count III Miller Act bond claim. Controlling documents produced by the Defendant conclusively establish that Cherokee timely provided actual notice of its Miller Act bond claim to the bonded general contractor prior to February 17, 2005, the ninetieth day after November 19, 2004, the stipulated last day that Cherokee worked on the bonded project.

In further support of its Objection, Plaintiff Cherokee files herewith the requisite Memorandum in Opposition to Defendant's motion for partial summary judgment together with Plaintiff's Statement of Undisputed Facts and Plaintiff's Statement of Disputed Facts.

Wherefore, Plaintiffs respectfully request that this Honorable Court deny Defendant St Paul's pro forma motion for partial summary judgment as to the Count III Miller Act bond claim and grant Plaintiff such other and further relief as just and proper.

Respectfully submitted,

PLAINTIFF CHEROKEE CONSTRUCTION, INC.

By its Attorneys,

CHARLES S. KIRWAN & ASSOCIATES

/s/ Charles S. Kirwan
Charles S. Kirwan (Bar #4050)
204 King Philip Street
Providence, RI 02909
(401) 359-1166
(401) 272-6875 (fax)

CERTIFICATION

I hereby certify that on this 20th day of June 2007, I caused a true and complete copy of the foregoing to be transmitted via telecopier and mailed first class postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., Michael D. Williams, Esquire, LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.

/s/ Charles S. Kirwan