# PLAINTIFF'S EXHIBIT 1

Capital City Concrete
December 2004 Invoice
Held by W-T for Cherokee
Payment issue

***Accounts Payable – Special Instructions***

Re: Attached Invoice

Capital City Concrete
(Vendor Name)

Date: 3/3/05

$ 39,900.83
(Invoice Amount)

1. **Special Mailing Instructions** (check those that apply)

(Check will be sent directly to remittance address shown on the invoice unless special instructions are given and approved by Sr. PM or above.)

___ Please send check to ____________________
via: ____________________
Charge account #: ____________________

___ Other: ____________________

Approved by ____________ ____________ ____________
Project Engineer Project Manager Sr, PM or above

2. **Other Instructions:** (check those that apply)

___ Please type on check "Final Payment for Subcontract/Purchase Order No. ______"

✓ Please **HOLD** payment until released by (print name) Andrew Natale
(Phone) 401-846-4200

Hold for Cherokee paymente for Nov. 2004

**Please attach to application for payment.**

WTCC 0031

# [AP]PLICATION FOR PAYMENT

*Form WT-001* (EXHIBIT G)



[T]O: THE WHITING-TURNER CONTRACTING COMPANY
100 Franklin Square Drive Suite 108
Somerset, New Jersey 08873-4108

FROM: Capital City Concrete Inc.
Contractor
REMITTANCE 108 Phenix Avenue, Suite 1
ADDRESS: Cranston, RI 02920

PROJECT: 10010-CFPS North Gate and Gate 2
CONTRACT NO: 10010-001-03A
APPLICATION NO: 4
PERIOD TO: 12/31/04

## APPLICATION:

Application is made for Payment, as shown below, in connection with the Contract. Schedule of Values, WT-002, is attached.

1. ORIGINAL CONTRACT SUM ---------- $ 394000.00
2. Net change by Change Orders ---------- $ 21152.58
3. CONTRACT SUM TO DATE (Line 1 +/ 2) ---------- $ 415152.58
4. TOTAL COMPLETED & STORED TO DATE ---------- $ 292744.00
   (Column G on WT-002)
5. [R]ETENTION:
   a. 10 % of Completed Work $ 29274.40
   (Column D + E on WT-002)
   b. ____% of Stored Material $ ______
   (Column F on WT-002)
   c. ____% of Contract Sum $ ______

Total Retention (Lines 5a + 5b, or Line 5c) ---------- $ 29274.40

6. TOTAL EARNED LESS RETENTION ---------- $ 263469.60
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ---------- $ 223568.77
8. CURRENT PAYMENT DUE ---------- $ 39900.83

| CHANGE ORDER SUMMARY | Additions | Deductions | Net Change |
|---|---|---|---|
| Previously Approved | | | |
| Approved This Month (Form WT-001) | 21152.58 | | 21152.58 |
| Totals | $ 21152.58 | | $ 21152.58 |

CERTIFICATION:
The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from Whiting-Turner, and that the current payment shown herein is now due.

CONTRACTOR: Capitol City Concrete Inc.
By: [signature] Date: 12/30/04
Lori J. DeRobbio, President
Printed Name and Title

State of: Rhode Island County of: Providence
Subscribed and sworn to before me this 30th day of Dec 20 04
Notary Public: Karen M. Joubert
My Commission expires: 3-11-07

For Whiting-Turner Use Only:

| JOB NO. | 10010 | SUB JOB NO. | 001 | CMS CONT. NO. | 10010 |
|---|---|---|---|---|---|
| | ITEM NO. 03A | ITEM NO. | | ITEM NO. | |
| GROSS TO DATE | $292,744.00 | | | | |
| RETENTION TO DATE | $ 29,274.40 | | | | |
| TOTAL DUE TO DATE | $263,469.60 | | | | |
| LESS PREV. APPL'S | 223,568.77 | | | | |
| CURRENT PAY | 39,900.83 | | | | |

| VENDOR | APPV. | DATE | APPV. | DATE | V.P. |
|---|---|---|---|---|---|
| 77292 | [initials] | 3-3-05 | [initials] | 3/7/05 | [initials] |

| JOB NO. | | SUB JOB NO. | | CMS CONT. NO. | |
|---|---|---|---|---|---|
| | ITEM NO. | ITEM NO. | ITEM NO. | | |
| GROSS TO DATE | | | | | |
| RETENTION TO DATE | | | | | |
| TOTAL DUE TO DATE | | | | | |
| LESS PREV. APPL'S | | | | | |
| CURRENT PAY | | | | | |

| VENDOR | APPV. | DATE | APPV. | DATE | V.P. |
|---|---|---|---|---|---|
| | | | | | |

A-001
1/94

WTCC 0032

T35

Initialed by:
Contractor:______ Subcontractor: [initials]