# PLAINTIFF'S EXHIBIT 2

G. W. C. WHITING (1883-1974)

WILLARD HACKERMAN
PRESIDENT AND CEO

FOUNDED 1909

# THE WHITING-TURNER CONTRACTING COMPANY

(INCORPORATED)

ENGINEERS AND CONTRACTORS

100 FRANKLIN SQUARE DRIVE, SUITE 100
SOMERSET, NEW JERSEY 08873
732-271-2900
FAX 732-271-7725
www.whiting-turner.com

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTH CARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES, CONCRE

WRITER'S DIRECT NUMBER IS
401-846-4200

February 20, 2005

Capital City Concrete
108 Phenix Avenue
Cranston, RI 02920

Attn: Lori DeRobbio
President

***RE: Contract #10010-001-03A***
***Consolidated Fire, Police and Security***
***Cherokee Construction Payment***

Lori,

On Wednesday February 2, 2005 and two times thereafter, Louis Freselone, Vice President of Cherokee Construction (subcontractor of Capital City Concrete), approached The Whiting-Turner Contracting Company regarding payment for work performed in November 2004. Mr. Freselone claimed that no payment has been made for a $35,000.00 invoice submitted at the end of November 2004. Additionally in further conversations Mr. Freselone stated that no 2nd tier release of liens has been signed by Cherokee Construction.

Capital City Concrete has provided Whiting-Turner with a cleared check from Capital City to Cherokee Construction for the amount of $28,000.00 noting "Slab FPS Bldg (partial)." Additionally a 2nd tier release has been received for Cherokee Construction dated November 27, 2004.

Whiting-Turner is concerned with the discrepancy between Capital City Concrete and its subcontractor Cherokee Construction. Article 3 (a) of the above reference contract states "performance and completion of the work described in Exhibit B, free from all claims of laborers, material suppliers, subcontractors, and all others making claims through the contractor. Payments will not be made to Capital City Concrete until proper closure is made to this issue. It is Whiting-Turner's understanding that Cherokee Construction will no longer perform work under this contract. If this is the case please provide a final release of liens from this subcontractor in a timely fashion.

We appreciate you immediate attention to this matter, if you have additional questions or concerns please contact me at 401-846-4200.

Very truly yours,
**The Whiting-Turner Contracting Company**

for

Matthew Belcher
Project Manager

Attachments (2)

WTCC 0036