# PLAINTIFF'S EXHIBIT 3

G. W. C. WHITING
(1883-1974)

WILLARD HACKERMAN
PRESIDENT AND CEO

FOUNDED 1909

**THE WHITING-TURNER CONTRACTING COMPANY**

(INCORPORATED)

ENGINEERS AND CONTRACTORS

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTH CARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

100 FRANKLIN SQUARE DRIVE, SUITE 100
SOMERSET, NEW JERSEY 08873
732-271-2900
FAX 732-271-7725
www.whiting-turner.com

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES, CONCRE

WRITER'S DIRECT NUMBER IS
401-846-4200

March 2, 2005

Capital City Concrete
108 Phenix Avenue
Cranston, RI 02920

Attn: Lori DeRobbio
President

***RE:*** ***Contract #10010-001-03A***
***Consolidated Fire, Police and Security***
***Cherokee Construction Payment***

Lori,

Capital City Concrete was put on notice regarding Cherokee Construction's request for payment in a letter dated February 20, 2005. Monday February 28, 2005, Louis Freselone, Vice President of Cherokee Construction (subcontractor of Capital City Concrete), verbally requested information regarding Whiting-Turner's bond with the United States Navy for the Consolidated Fire, Police and Security Building. Despite the information provided by Capital City Concrete (attached to the February 20, 2005 letter), Mr. Freselone stated that no payments have been made for work under this subcontract. Whiting-Turner is legally bound by the Miller Act to provide this bond information to Cherokee Construction in a timely fashion upon written request.

Article 3 (a) of the above reference contract states "performance and completion of the work described in Exhibit B, free from all claims of laborers, material suppliers, subcontractors, and all others making claims through the contractor. All costs associated with Cherokee Construction including but not limited to lawyer fees, bond increases and other administrative costs will be the responsibility of Capital City Concrete.

Please provide immediate closure to this matter, if you have additional questions or concerns please contact me at 401-846-4200.

Very truly yours,
**The Whiting-Turner Contracting Company**

Matthew Belcher
Project Manager