# PLAINTIFF'S EXHIBIT 5

Cherokee Construction
Request for W-T's Bond

CHEROKEE CONSTRUCTION
48 QUEEN STREET
CRANSTON, RI 02920
401-464-4577 TELEPHONE & FAX
cherokee4@cox.net

To: Mr. Andrew Natale, Project Manager

From: Joe Ricci

Date: March 2, 2005

Re: Newport Navy Consolidated Fire,
Police & Security Facility Concrete Flatwork

**Andrew, as per our conversion's about November 2004 work completed and accepted at above said building, this letter is a formal way to bring to your attention a lack of payment from your sub-contractor Capitol City Concrete. Cherokee Construction, Inc, would kindly. Request all bonding information on this project to expedite payment due of $35,000.00 for completed work. Thank you for your attention on this matter.**

Lou Fresolone

**Lou Fresolone, Vice President**
**Cherokee Construction, Inc.**

Jeanne Szarwak 3/2/05 Notary Public
expires - 6-28-05