UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA for the use and benefit of CHEROKEE CONSTRUCTION, INC.
Plaintiff

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INSURANCE COMPANY,
Defendant

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME FOR FILING REPLY BRIEF**

Defendant St. Paul Fire & Marine Insurance Company ("St. Paul"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 1 6(b)(1), hereby respectfully requests that this Honorable Court allow St. Paul up to and including July 13, 2007 to file a Reply Brief in response to Plaintiff's Opposition papers, filed against St. Paul's Motion for Partial Summary Judgment. St. Paul's counsel hereby represents to this Honorable Court that he has conferred with Plaintiff's counsel regarding this extension of time, and Plaintiff's counsel has assented to it. Further, neither party is prejudiced by such an extension.

Wherefore, St. Paul respectfully requests that this Honorable Court grant the requested extension, to allow St. Paul up to and including July 13, 2007 to file its Reply Brief in response to Plaintiff's Opposition papers.

Respectfully submitted,
St. Paul Fire & Marine
Insurance Company,
By its Attorneys,

/s/ Michael D. Williams
Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080

Dated: June 29, 2007

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 29th day of June, 2007, I caused to be emailed a copy of this Motion to the attention of Charles S. Kirwan, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\cherokee action\motion for extension of time to file reply brief.doc