UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CHEROKEE CONSTRUCTION, INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br>Defendant | : | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c)(7), Defendant St. Paul Fire & Marine Insurance Company ("St. Paul") hereby moves that this Honorable Court enter the Protective Order attached hereto as **Exhibit A**, deeming "job cost reports" produced by or on behalf of Defendant St. Paul Fire & Marine Insurance Company ("St. Paul") as "Confidential."

As grounds for this Motion, St. Paul states that the "job cost reports" documents, particularly those created by or in the possession of its bonded contractor, The Whiting-Turner Contracting Company, are proprietary in nature and contain trade secret and other confidential information irrelevant to the dispute at hand. Counsel for St. Paul hereby certifies that he conferred with counsel for Plaintiff Cherokee Construction, Inc. ("Cherokee"), coordinated the language of the attached Order with Cherokee's counsel, and was informed by Cherokee's counsel that Cherokee would not object to the entry of a Protective Order.

Respectfully submitted,
St. Paul Fire & Marine
Insurance Company,
By its Attorneys,

/s/ Michael D. Williams
Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080

Dated: July 5, 2007

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 5th day of July, 2007, I caused to be emailed a copy of this Motion to the attention of Charles S. Kirwan, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\cherokee action\motion for protective order (2).doc