# EXHIBIT A

CHEROK-45

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**CAPITAL CITY CONCRETE, INC.**
40 SHUN PIKE
JOHNSTON, RHODE ISLAND 02919

| EXPLANATION | AMOUNT |
|---|---|
| Slab - H3 Bldg (partial) | |

57-1/115

426

PAY AMOUNT OF Twenty-eight thousand and 00/100 DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | |
|---|---|---|---|---|
| 1/24/05 | Cherokee Construction | | 426 | $ 28000.00 |

Fleet www.fleet.com

AUTHORIZED SIGNATURE

⑈000426⑈ ⑆011500010⑆ 93957 63627⑈ ⑈0002800000⑈

DEPOSIT FOR
CHEROKEE CONSTRUCTION INC.
# 0560995

5555 96476

▶216005110◀
[illegible]
▶011500713◀

JAN 25 05

01262005
0110-0001-5
ENT=2962 TRC=3001 PK=09
0614780343

BANK OF AMERICA,NA MAL
011000138 E4030 01 P03
01/26/05
0470363985