# EXHIBIT B

THE WHITING-TURNER CONTRACTING COMPANY

## EXHIBIT I

## PARTIAL WAIVER AND RELEASE FOR SECOND TIER SUBCONTRACTORS AND SUPPLIERS

The Whiting-Turner Contracting Company *(General Contractor)* DATE: 11-27-04

OWNER: The United States Navy

PROJECT: 10010-Consolidated Fire, Police and Security; North Gate and Gate 2

SUBCONTRACTOR: Capital City Concrete Inc.

The undersigned Company, a subcontractor or supplier to the Subcontractor named above, and hereinafter referred to as the "Company", in consideration of payment previously received and in consideration of payment for work performed through the current date set forth below, hereby waives and releases all mechanics', materialman's, or other liens and, to the fullest extent permitted by law, all rights to file any such liens in the future, and all claims and demands against the Owner, the General Contractor and the real property on which the Project is located, and any claims arising out of work, labor, services, equipment or materials, performed or furnished by the Company, its subcontractors and suppliers, in connection with the Project, through the period covered by the current invoice.

Except as noted below, the Company further acknowledges and represents that all persons and entities which have provided labor or material, or rented equipment, for or through the Company in connection with the Project have been paid in full, for the periods covered by previous payments, that the previous payments to the Company have been properly applied to pay all outstanding invoices relating to the Project, that the Company is not aware of any claims, or circumstances which could give rise to future claims, against the Owner, the General Contractor or the Project, and that all payroll, withholding and other taxes, union benefits, insurance premiums or other amounts required by law, regulation or agreement to be paid in connection with labor for the project have been paid in full through the last date of work covered by the current invoice.

List exceptions, if any:

~~10% Retainage~~ None

Last date of work period covered by current Invoice: November Requisition - Invoice I

Cherokee Construction, Inc.
*(Name of Company)*

BY: [signature] V.P.
*Signature*, Duly Authorized Agent of Company

ADDRESS: 48 Queen Street
Cranston, RI 02920

Louis Freselone, Vice President
*Printed Name and Title*

STATE OF Rhode Island )

(CITY) (COUNTY) OF Providence ) ) to wit:

On this 27th day of November, 2004, appeared before me Louis Freselone and he/she made oath in due form of law that the facts, information and representations set forth in the foregoing Company's Partial Waiver and Release, are true and accurate to the best of his/her knowledge, information and belief.

[signature]
*Notary Public*

My commission expires: 10/9/2006

Initialed By:

Construction Manager: NS

Contractor: [initials]