UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CHEROKEE CONSTRUCTION, INC., Plaintiff | : | |
| v. | : | C.A. No. 05-480S |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, Defendant. | : | |

**RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

Although the Federal Rules of Civil Procedure and Local Rules of this Court do not require a response to a Statement of Undisputed Facts filed in Opposition to a summary judgment motion, Defendant St. Paul Fire & Marine Insurance Company ("St. Paul") hereby responds to Plaintiff Cherokee Construction, Inc.'s ("Cherokee") Statement of Undisputed Facts.

Cherokee violates LR-CV 56(2) throughout its Statement because it presents many of its alleged undisputed facts in lengthy block paragraphs, and not "in a separate, numbered paragraph" as required by the Local Rule. Also, not all alleged undisputed facts are supported by citations to evidence, as is also required by the Local Rule. Further, Cherokee argues the merits of its position throughout its Statement, and adds descriptive language to its factual accounts that color the presented facts heavily in its favor.

Therefore, because of the above, St. Paul disputes the entirety of Cherokee's Statement except for the following paragraphs, which it agrees contains undisputed facts: 1, 2, 3, 4, and 5. St. Paul also admits, in response to paragraph 7 of Cherokee's statement, that Mr. Fresolone occasionally visited the on-site trailer of the Whiting-Turner Contracting Company during January and February of 2005, and occasionally met with Whiting-Turner employee Andrew

Natale. St. Paul denies that the remainder of paragraph 7 contains any undisputed facts. Finally, St. Paul is unable to take a position on the dates of Mr. Fresolone's vacation, as it has no knowledge on that topic.

St. Paul relies on the substance of its own Statement of Undisputed Facts, Memorandum of Law in support of its Motion for Partial Summary Judgment, and Reply Brief in further response to Cherokee's argumentative Statement.

Respectfully submitted,
St. Paul Fire & Marine
Insurance Company,
By its Attorneys,

/s/ Michael D. Williams

Christopher C. Whitney (#3261)
cwhitney@lmkbw.com
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
T: (401) 272-8080
F: (401) 521-3555

## CERTIFICATION

I, Michael D. Williams, hereby certify that on the 13th day of July, 2007, I caused to be emailed a copy of this Statement to the attention of Charles S. Kirwan, Esq.

/s/ Michael D. Williams

f:\mdw\st. paul\whiting - turner\cherokee action\motion for partial summary judgment\response to cherokee's statement of undisputed facts.doc