UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs
v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Cherokee Construction, Inc., by and through its undersigned counsel, hereby respectfully requests that this Honorable Court grant a continuance with respect to the hearing on Defendant's motion for partial summary judgment, scheduled for July 24, 2007. Plaintiff's counsel, for a client unrelated to Plaintiff, must complete a post-hearing arbitration brief after twenty-two transcribed hearing sessions. That briefing process continues and has been much more time consuming than anticipated, requiring continued work and preventing timely preparation for the scheduled hearing. Plaintiff's counsel had hoped to avoid the need for the continuance now requested, but failed to complete the briefing process as initially anticipated.

Plaintiff's counsel has conferred with opposing counsel who have agreed not to object. Defense counsel has noted the following available new dates: July 30 and August 14, 15 and 17.

Wherefore, Plaintiff respectfully requests that this Honorable Court grant the requested continuance to the next suitable date.

Respectfully submitted,

PLAINTIFF CHEROKEE CONSTRUCTION, INC.

By its Attorney,

/s/ Charles S. Kirwan
Charles S. Kirwan (Bar #4050)
204 King Philip Street
Providence, RI 02909
(401) 359-1166
(401) 272-6875 (fax)

CERTIFICATION

I hereby certify that on this 23rd day of July 2007, I caused a true and complete copy of the foregoing to be transmitted electronically and to be mailed first class postage prepaid to counsel of record in this action: Christopher C. Whitney, Esq., LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, PC, 72 Pine Street, Providence, RI 02903.

/s/ Charles S. Kirwan