UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

v.

C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

**STIPULATION TO ENTRY OF JUDGMENT**

The parties hereby agree and stipulate, by and through their counsel, as follows:

1. Count II of the complaint is shall be dismissed with prejudice;
2. Count III shall be dismissed for want of subject matter jurisdiction;
3. Counts I and II of the counterclaim shall be dismissed with prejudice; and
4. No party shall recover attorneys' fees, interest or court costs.

Defendant St. Paul Fire & Marine Ins. Co.

Christopher C. Whitney (#3261)
Michael D. Williams (#6702)
LITTLE, MEDEIROS, KINDER,
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
272-8080
521-3555 (fax)

Plaintiff Cherokee Construction, Inc.

Charles S. Kirwan (#4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909
359-1166
272-6875 (fax)