UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
CONCRETE PLACEMENT, INC. and
CHEROKEE CONSTRUCTION, INC.
Plaintiffs

v. C.A. No. 05-480S

ST. PAUL FIRE & MARINE INS. CO.
Defendant

**CONSENT JUDGMENT**

Pursuant to the stipulation of the parties, judgment is hereby entered as follows:

1. Count II of the complaint is dismissed with prejudice.

2. Count III of the complaint is dismissed for want of subject matter jurisdiction.

3. Counts I and II of the counterclaim are dismissed with prejudice.

4. No party shall recover attorneys' fees, interest or court costs.

Entered, this 14th day of November, 2007.

WESmith
ORDERED

Date: ____________

Jennell Caldwell
ENTER

Date: 11/14/07